

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

February 3, 2020

Hon. Paul A. Engelmayer
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

> **GRANTED.** Sentencing is adjourned to February 24, 2020 at 3:00 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 415.
>
> SO ORDERED.                           2/4/2020
>
> *Paul A. Engelmayer*
> PAUL A. ENGELMAYER
> United States District Judge

*Re:   United States v. Aljermiah Mack*
*Case No.: 18 Cr. 834 (PAE)*

Dear Judge Engelmayer,

    I was assigned, pursuant to the Criminal Justice Act, to represent Aljermiah Mack in the above referenced matter. For the reasons stated herein, I respectfully request a 1-week adjournment of Mr. Mack's sentencing hearing.

    Mr. Mack is currently scheduled to be sentenced before Your Honor on February 19, 2020. Our mitigation expert has had limited access to interview Mr. Mack due to jail lockdowns in MCC New York. In order to provide additional time to interview with Mr. Mack and gather pertinent information relevant to his sentencing, I respectfully request a 1-week adjournment.

    The Government has no objection to this request.

    Both parties are available anytime on February 24, and on the 25 (except for 2:30 pm when the Government has scheduled the sentencing hearing of another defendant in this case).

    Thank you for your attention in this matter. Should you require any additional information, please do not hesitate to contact me.

    Respectfully submitted,

    s/ Louis V. Fasulo
    Louis V. Fasulo, Esq.

Cc:   Michael Longyear, AUSA
       Jacob Warren, AUSA