UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v- | S11 18-CR-834-12 (PAE) |
| ALJERMIAH MACK, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

Sentencing in this case is scheduled for Monday, February 24, 2020. In reviewing defendant Aljermiah Mack's presentence report, the Court notes that paragraphs 80 and 81 describe serious New York State criminal charges (including attempted murder) that were brought against the defendant in 2009 but as to which no disposition is reported. The Court asks counsel, forthwith, to determine and notify the Court what the disposition was of those charges. Relatedly, the defense does not appear to dispute that the arrest reports related to these charges are accurately quoted in paragraphs 80 and 81. The Court asks defense counsel to confirm that the facts set out in the quoted arrest reports are also not undisputed. The Court asks that counsel's letter responses to this order be filed by noon on Friday, February 21, 2020, to assist the Court in its preparation for sentencing.

SO ORDERED.

$\underline{\hspace{3cm}\textit{Paul A. Engelmayer}\hspace{3cm}}$
PAUL A. ENGELMAYER
United States District Judge

Dated: February 19, 2020
      New York, New York